## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Travis Kell<br>Civil Action No. 7:20-cv-87668-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATED FORUM

Plaintiff, Travis Kell, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States District Court, Texas Western District - San Antonio Division absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: 9/27/2021            Respectfully submitted,

*/s/ Sean Patrick Tracey*
Sean Patrick Tracey (Admitted Pro Hac Vice)
Texas Bar No. 20176500
Shawn P. Fox (Admitted Pro Hac Vice)
Texas Bar No. 24040926
TRACEY FOX KING & WALTERS
440 Louisiana St., Suite 1901

>Houston, Texas 77002
>713-495-2333 Tel.
>866-709-2333 Facsimile
>stracey@traceylawfirm.com
>sfox@traceylawfirm.com
>3M@traceylawfirm.com
>
>*/s/ Dana Lizik*
>Dana Lizik (Admitted Pro Hac Vice)
>Texas State Bar No. 24098007
>Basil E. Adham
>Texas State Bar No. 24081742
>JOHNSON LAW GROUP
>2925 Richmond Avenue, Suite 1700
>Houston, Texas 77098
>(713) 626-9336
>(713) 583-9460 (facsimile)
>dlizik@johnsonlawgroup.com
>Earplugs@johnsonlawgroup.com
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 27th day of September 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

>*/s/ Sean P. Tracey*
>Sean Patrick Tracey
>
>*/s/ Dana Lizik*
>Dana Lizik